IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CERTAIN UNDERWRITERS AT LLOYD'S LONDON AND CERTAIN INSURANCE COMPANIES SUBSCRIBING TO POLICY NOS. JHB CJP-1861, JHB CJP–1959, 13PKGN9161; WALTER OIL & GAS CORPORATION; TANA EXPLORATION COMPANY, LLC; and HELIS OIL & GAS COMPANY, L.L.C.** | § § § § § § § § | |
| Plaintiffs | § § | C.A. NO. 4:14-cv-02105 Jury |
| VS. | § § | |
| **CAMERON INTERNATIONAL CORPORATION, AXON PRESSURE PRODUCTS, INC. (F/K/A CHURCH ENERGY SERVICES, LTD.), AXON EP, INC. LLOYD'S REGISTER DRILLING INTEGRITY SERVICES, INC., ASAP INDUSTRIES, LLC, PARTEK LABORATORIES, INC., AND CAD CONTROL SYSTEMS, INC.** | § § § § § § § § § | |
| Defendants | § | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Pending before the Court is Plaintiffs' Motion for Leave to File Second Amended Complaint (Dkt. No. 57). After carefully considering Plaintiffs' motion, Defendants' responses, if any, and the applicable law, the Court determines that Plaintiffs' motion to for leave to file Second Amended Complaint is meritorious and should be **GRANTED**. Accordingly, it is hereby

ORDERED, ADJUDGED and DECREED that Plaintiffs' Motion for Leave to File Second Amended Complaint (Dkt. No. 57) is **GRANTED**.

The court **ORDERS** that the Second Amended Complaint be filed accordingly.

331994                                                             1

SIGNED on this _____ day of October, 2014.

_____
Kenneth M. Hoyt
United States District Judge

331994                                                            2